**Electronically Filed
Supreme Court
SCPW-20-0000195
15-MAY-2020
02:49 PM**

SCPW-20-0000195

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

---

MARK YOUNG, Petitioner,

vs.

THE HONORABLE GARY W. B. CHANG, Judge of the Circuit Court of the
First Circuit, State of Hawaiʻi, Respondent Judge.

---

ORIGINAL PROCEEDING
(CASE NO. T-05-1-0001 (GWBC))

ORDER DENYING PETITION FOR WRIT OF PROHIBITION
(By: Recktenwald, C.J., Nakayama, McKenna, Pollack, and Wilson, JJ.)

Upon consideration of petitioner Mark Young's petition for writ of prohibition, filed on March 23, 2020, the documents attached thereto and submitted in support thereof, and the record, it appears that petitioner has alternative means to seek relief and fails to demonstrate that the respondent judge has acted beyond or in excess of his jurisdiction in presiding over the contested matters. Petitioner, therefore, is not entitled to the requested extraordinary writ. See Honolulu Advertiser, Inc. v. Takao, 59 Haw. 237, 241, 580 P.2d 58, 62 (1978) (a writ of prohibition "is an extraordinary remedy . . . to restrain a judge of an inferior court from acting beyond or in excess of his jurisdiction"); Gannett Pac. Corp. v. Richardson, 59 Haw. 224,

226, 580 P.2d 49, 53 (1978) (a writ of prohibition is not meant to serve as a legal remedy in lieu of normal appellate procedures). Accordingly,

IT IS HEREBY ORDERED that the petition for writ of prohibition is denied.

DATED: Honolulu, Hawaiʻi, May 15, 2020.

/s/ Mark E. Recktenwald

/s/ Paula A. Nakayama

/s/ Sabrina S. McKenna

/s/ Richard W. Pollack

/s/ Michael D. Wilson